# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 2:23-CV-02562 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL WATSON |
| | ) | |
| v. | ) | |
| | ) | |
| WILCARE DELAWARE LLC, | ) | **JOINT NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties are pleased to report that, on April 10, 2024, this matter has settled in all respects, including Plaintiff's claims for injunctive relief, damages, and reasonable attorney's fees, litigation expenses and costs. The parties are currently in the process of executing a finalized settlement agreement and release. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. The parties request that all case deadlines be held in abeyance pending the filing of a Stipulation of Dismissal.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Spencer Neal

Respectfully submitted,

**/s/ *RICHARD A. WILLIAMS***
Richard A. Williams (#0013347)

Attorney for Defendant, Wilcare Delaware LLC