UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SPENCER NEAL**, | Case No. 2:23-CV-02562 |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| v. | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| **WILCARE DELAWARE LLC**, | |
| Defendant. | |

### STIPULATION FOR DISMISSAL AND JUDGMENT ENTRY

This matter is before the Court upon the agreement of the parties to settle all claims at issue in the above captioned matter and to dismiss those claims with prejudice.

It is therefore, ORDERED, ADJUDGED, AND DECREED that any and all claims in the above captioned matter are dismissed with prejudice.

This Court hereby retains jurisdiction for the purpose of enforcing the settlement agreement. Outstanding court costs to Defendant Wilcare Delaware, LLC.

**IT IS SO ORDERED.**

_____
JUDGE MICHAEL H. WATSON

Approved by:

| | |
|---|---|
| /s/ *[signature]*<br>Colin G. Meeker (0092920)<br>Blakemore, Meeker & Bowler Co., L.P.A.<br>495 Portage Lakes Drive<br>Akron, OH 44319<br>Phone: 330-253-3337<br>Fax: 330-253-4131<br>Email Address: cgm@bmblaw.com<br>*Attorney For: Plaintiff, Spencer Neal* | *[signature]*<br>Richard A. Williams (0013347)<br>Susan S. R. Petro (0050558)<br>Williams & Schoenberger Co., LLC<br>338 South High Street, Second Floor<br>Columbus, Ohio 43215<br>(614) 224-0531 \| (614) 224-0553 (fax)<br>rwilliams@wslegalfirm.com<br>spetro@wslegalfirm.com<br>*Co-Counsel for Defendant, Wilcare Delaware, LLC* |

|  |  |
|---|---|
| */s/ Heather C. Steele*<br>Heather C. Steele, Esq. (0099105)<br>Buckingham, Doolittle & Burroughs, LLC<br>3800 Embassy Parkway, Suite 300<br>Akron, OH  44333<br>Phone: 330-258-6407<br>Fax: 330-258-6407<br>Email Address: hsteele@bdblaw.com<br>*Counsel For: Defendant Wilcare Delaware, LLC* |  |